THE STATE, EX REL. OLER, RELATOR, v. HENRY RIDGEWAY.

The act providing for the establishment of a commission of public instruction in certain cities of the second class is constitutional.

On *quo warranto.* On demurrer to plea.

Argued at June Term, 1892, before BEASLEY, CHIEF JUSTICE, and Justices DEPUE, SCUDDER and REED.

For the relator, *Collins & Corbin.*

For the respondent, *Thomas C. Simonton, Jr.*

The opinion of the court was delivered by

BEASLEY, CHIEF JUSTICE. This information has been filed to test the constitutionality of the statute entitled "An act to provide for the establishment of a commission of

public instruction in cities of the second class in this state whose population now exceeds, or may hereafter exceed, fifty. thousand."

The respondent has been appointed a member of the commission thus authorized.

After a careful examination of the subject our conclusion is that the respondent is entitled to judgment, the statute in question being deemed by us constitutional on the grounds stated in the cases of the State *v.* Fury and that of the State *v.* Caminade, decided at the present term.